ASSOCIATED BUILDERS & CONTRACTORS et al., Appellants, v CITY OF ROCHESTER, Respondent, and ROCHESTER BUILDING TRADES COUNCIL, Intervenor-Respondent. — Motion for reargument granted to the extent that the parties are directed to brief the single question of the impact of *Matter of Action Elec. Contrs. Co. v Goldin* (64 NY2d 213) on this court's decision in this case; such briefs to be filed on or before March 18, 1984, and otherwise motion denied. Present — Hancock, Jr., J. P., Callahan, Doerr and Green, JJ.

In the Matter of CARL F. GUY. — Order entered terminating suspension and reinstating petitioner as an attorney and counselor-at-law. Present — Dillon, P. J., Callahan, Doerr, Denman and Boomer, JJ.

In the Matter of EDWARD JOHN RODER, an Attorney, Respondent. — Grievance Committee for the Eighth Judicial District, Petitioner. Resignation accepted and name stricken from the roll of attorneys. — Present — Dillon, P. J., Hancock, Jr., Callahan, Doerr and Denman, JJ.

In the Matter of 450 OAKDALE DRIVE, ROCHESTER. — Petition to dispense with election pursuant to General Municipal Law § 713 granted.